55 A.3d 1050

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Zach G. SHIMP, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 29, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of October, 2012, the Application for Leave to File a Petition for Writ of Habeas Corpus and the Petition for Allowance of Appeal are **DENIED.**